UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FREDRICK RANDOLPH, SR.

    Plaintiff,

v.

TRANSUNION, LLC,

    Defendant.

Case No. 3:17-cv-01234-JPG-SCW

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 25) of Magistrate Judge Stephen C. Williams with regard to the plaintiff's oral motion to voluntarily dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) (Doc. 22). The Court may accept, reject, or modify—in whole or in part—the findings or recommendations of the magistrate judge in a report and recommendation. FED. R. CIV. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

Here, the Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 25);
- **GRANTS** the plaintiff's oral motion to dismiss (Doc. 22);
- **FINDS AS MOOT** the pending motion for judgment on the pleadings (Doc. 19); and
- **DISMISSES** this case **WITH PREJUDICE**, with each party to bear its own costs.

**IT IS SO ORDERED.**

**DATED: FEBRUARY 13, 2018**

**s/ *J. Phil Gilbert***
**J. PHIL GILBERT**
**DISTRICT JUDGE**
